AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CHRISTOPHER HENDRICKX

## CRIMINAL COMPLAINT

CASE NUMBER: 04-1703-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 5/1/2003 AND 11/20/2003 in Worcester county, in the District of MASSACHUSETTS defendant(s) did, (Track Statutory Language of Offense) knowingly transport and ship in interstate commerce visual depictions of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256; and knowingly possessed one or more matter which contain visual depictions of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, that have been mailed, and have been shipped and transported in interstate and foreign commerce

in violation of Title 18 United States Code, Section(s) 2252(a)(1); (b)(1); (a)(4)(B); and (b)(2).

I further state that I am a(n) FBI Special Agent and that this complaint is based on the following
                                   Official Title
facts:

See affidavit of FBI Special Agent Albert D. Lamoreaux

Continued on the attached sheet and made a part hereof:   [ ] Yes   [ ] No

_____
Signature of Complainant
Albert D. Lamoreaux
Special Agent, FBI

Sworn to before me and subscribed in my presence,

3-12-04
Date

at WORCESTER, MA
City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.