UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.                                                            CRIMINAL NO.
                                                              04-1703-CBS
CHRISTOPHER HENDRICKX
13 Prospect Street
West Boylstron, MA 01583

_____
YOU ARE HEREBY SUMMONED to appear before the U.S. Magistrate Judge at the time, date and place set forth below for an **Initial Appearance.**
PLACE:
  U.S. DISTRICT COURT            **COURTROOM #1, 5th FLOOR**
  **595 Main Street**            DATE AND TIME:
  **WORCESTER**, MA 01608        **July 1, 2003, at 11:00 a.m.**

_____
To answer a **Criminal Complaint**
Charging you with a violation of TITLE 18, USC Sections 2252 (a)(1); (b)(1); (a)(4)(B); and (b)(2)

Description of offenses:
    Knowingly transport and ship in interstate commerce visual depictions of minors engaging in sexually explicit conduct; and knowingly possessed one or more matter which contain visual depictions of minors engaging in sexually explicit conduct.

_____
**TO THE DEFENDANT**: You should appear with **your attorney and a parent** at the time and place given above.  Failure to appear will result in the issuance of a warrant for your arrest.  If you are unable to afford an attorney and wish the court to appoint one for you, please telephone Deputy Clerk Lisa B. Roland at (508) 929-9905 as soon as possible.

                                    CHARLES B. SWARTWOOD, III,
                                    MAGISTRATE JUDGE

Dated:  June 22, 2004               /S/ Lisa B. Roland
                                    Lisa B. Roland
                                    Deputy Clerk
                                    (508) 929-9905



***PLEASE REPORT TO PRETRIAL SERVICES**, 4th floor, 595 Main Street, Worcester, MA, **2 hours** before you are scheduled to appear before the Magistrate Judge for the purpose of a pretrial interview.  **YOU MUST HAVE 2 FORMS OF ID TO ENTER THE BUILDING.**