UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
) Case No. 03-1703-CBS
v. )
)
CHRISTOPHER HENDRICKX, )
)
Defendant )

**JOINT MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, and Defendant, by his counsel Edward P. Ryan, Jr., Esq., jointly move the Court for an Order continuing the probable cause hearing in the above-captioned matter from July 19, 2004 to the last week of August, 2004, or a date thereafter.

As grounds, the parties represent that by joint motion the parties moved for additional time in which to file an Indictment or Information in order to facilitate Rule 11 discussions, which may obviate the need for a probable cause hearing.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

**AGREED:**

CHRISTOPHER HENDRICKX
Defendant

By: _____
Edward P. Ryan, Jr., Esq.
Counsel for Defendant

ss., Worcester

## CERTIFICATE OF SERVICE

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by fax/mail upon Edward P. Ryan, Jr., Esq., on this the 19th of July, 2004.

JOHN M. HODGENS, JR.
Assistant U.S. Attorney