UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 03-1703-CBS |
| v. ) | |
| ) | U.S. DISTRICT COURT |
| CHRISTOPHER HENDRICKX, ) | DISTRICT OF MASS. |
| ) | |
| Defendant ) | |

**JOINT MOTION TO FURTHER ENLARGE THE TIME FOR THE FILING OF AN INFORMATION OR INDICTMENT**

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, and Defendant, by his counsel Edward P. Ryan, Jr., Esq. (per Harry Quick, Esq.), jointly move the Court for an Order that enlarges the time for the filing of an Information or Indictment from August 30, 2004 to September 30, 2004, pursuant to U.S.C. 3161(b) and 18 U.S.C. 3161(h)(8)(A) as the ends of justice in taking such action outweigh the best interest of the public and defendant in a speedy trial.  As grounds, this is the second enlargement sought by the parties.  The first enlargement was from July 30, 2004 to August 30, 2004.  Additional time is required to pursue a possible resolution, pursuant to Fed. R. Crim. P. 11.

**Agreed:**
CHRISTOPHER HENDRICKX
Defendant

By: /s/ Edward P. Ryan, Esq.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ John M. Hodgens, Jr.
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

ss., Worcester

## CERTIFICATE OF SERVICE

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by fax/mail upon Edward P. Ryan, Jr., Esq., on this the 20th of August, 2004.

JOHN M. HODGENS, JR.
Assistant U.S. Attorney