UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 2004 DEC -3 P 12: 17 |
| v. | ) Case No. 03-1703-CBS |
| CHRISTOPHER HENDRICKX, | ) U.S. DISTRICT COURT |
| | ) DISTRICT OF MASS. |
| Defendant | ) |

## JOINT MOTION FOR FURTHER CONTINUANCE OF PROBABLE CAUSE HEARING

The Defendant, by Edward P. Ryan, Jr., Esq., and the United States of America, by John M. Hodgens, Jr., Assistant U.S. Attorney, jointly move the Court for an Order further continuing the probable cause hearing in the above-captioned matter from December 17, 2004 to March 17, 2005, or a date thereafter.

As grounds, the parties represent that additional time is required to: (1) pursue a possible resolution, pursuant to Fed. R. Crim. P. 11; and (2) provide counsel for Defendant with ample time to consult with an expert witness.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
John M. Hodgens, Jr.
Assistant U.S. Attorney

CHRISTOPHER HENDRICKX
Defendant

By: _____
Edward P. Ryan, Jr., Esq.
Counsel for Defendant

ss., Worcester

## CERTIFICATE OF SERVICE

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served upon the below-named counsel on this the 3rd day of December, 2004.

_____
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Edward P. Ryan, Jr., Esq. (by mail)