UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 03-1703-CBS |
| v. ) | |
| ) | |
| CHRISTOPHER HENDRICKX, ) | |
| ) | |
| Defendant ) | |

### JOINT MOTION FOR FURTHER CONTINUANCE OF PROBABLE CAUSE HEARING

The Defendant, by Edward P. Ryan, Jr., Esq., and the United States of America, by John M. Hodgens, Jr., Assistant U.S. Attorney, jointly move the Court for an Order further continuing the probable cause hearing in the above-captioned matter from March 16, 2005 to April 28, 2005, or a date thereafter.

As grounds, the parties represent that additional time is required to: (1) pursue a possible resolution, pursuant to Fed. R. Crim. P. 11; and (2) provide counsel for Defendant with time to review the report of his expert, which counsel received this week.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
John M. Hodgens, Jr.
Assistant U.S. Attorney

CHRISTOPHER HENDRICKX
Defendant

By: _____
for Edward P. Ryan, Jr., Esq.
Counsel for Defendant

ss., Worcester

## CERTIFICATE OF SERVICE

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served upon the below-named counsel on this the 9th day of March, 2005.

_____
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Edward P. Ryan, Jr., Esq.