UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) Case No. 03-1703-CBS
v. )
)
CHRISTOPHER HENDRICKX, )
     Defendant )

## JOINT MOTION TO FURTHER ENLARGE THE TIME FOR THE FILING OF AN INFORMATION OR INDICTMENT

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, and Defendant, by his counsel Edward P. Ryan, Jr., Esq., jointly move the Court for an Order that enlarges the time for the filing of an Information or Indictment from March 17, 2005 until April 28, 2005, pursuant to 18 U.S.C. 3161(b) and 18 U.S.C. 3161(h)(8)(A) as the ends of justice in taking such action outweigh the best interest of the public and defendant in a speedy trial. As grounds, this is the sixth enlargement sought by the parties. The first enlargement was from July 30, 2004 to August 30, 2004. Additional time is required to: (1) pursue a possible resolution, pursuant to Fed. R. Crim. P. 11; and (2) permit counsel for Defendant to review the report of his expert, which counsel received this week.

**Agreed:**
CHRISTOPHER HENDRICKX
Defendant

By: *[signature]*
for Edward P. Ryan, Esq.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: *[signature]*
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

ss., Worcester

**CERTIFICATE OF SERVICE**

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by fax/mail upon Edward P. Ryan, Jr., Esq., on this the 9th of March, 2005.

*[signature]*
JOHN M. HODGENS, JR.
Assistant U.S. Attorney