```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )   Case No. 04-01703-CBS
     v.                          )
                                )
CHRISTOPHER HENDRICKX,          )
                                )
     Defendant              )

**JOINT MOTION FOR FURTHER CONTINUANCE OF PROBABLE CAUSE HEARING**

The Defendant, by Edward P. Ryan, Jr., Esq., and the United States of America, by John M. Hodgens, Jr., Assistant U.S. Attorney, jointly move the Court for an Order further continuing the probable cause hearing in the above-captioned matter from April 28, 2005 to May 26, 2005, or a date thereafter.

As grounds, the parties represent they have discussed an anticipated resolution of this matter short of trial and that additional time is required to reduce a plea agreement to writing and finalize the same. Defendant, by his counsel, Edward P. Ryan, Jr., assents to the foregoing motion.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                UNITED STATES ATTORNEY

                  By:   /s/John M. Hodgens, Jr.
                         JOHN M. HODGENS, JR.
                         Assistant U.S. Attorney

ss., Worcester

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing via electronic filing upon counsel of record on this the 1st day of April, 2005.

                                            /s/John M. Hodgens, Jr.
                                            JOHN M. HODGENS, JR.
                                            Assistant U.S. Attorney

Edward P. Ryan, Jr., Esq.