UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>)<br>v. )<br>)<br>CHRISTOPHER HENDRICKX, )<br>)<br>Defendant. )<br>) | Criminal No.<br>04-01703-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

The probable cause hearing for this matter was originally set for July 19, 2004, and the deadline for filing an information or indictment was originally set for July 30, 2004. The parties have jointly filed, and the Court has granted, a series of motions to extend the hearing date and the information or indictment deadline in order to afford the parties time to reach a plea agreement under Fed. R. Crim. P. 11. The probable cause hearing and the deadline for filing an information or indictment are currently scheduled for May 26, 2005.

On the joint motion of the parties, and because the ends of justice served by facilitating plea agreement discussions outweigh the interest of the public and the defendant in a speedy trial, the period of time from July 19, 2004 through May 26, 2005 shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: April 11, 2005         United States District Judge